WILLIAM HILTEBRANT, Respondent, *v.* HEWITT BOICE, Appellant, Impleaded with Another.

*Hiltebrant* v. *Boice*, 105 App. Div. 636, affirmed.
(Argued June 8, 1906; decided June 21, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May

5, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action for money had and received.

*Howard Chipp* for appellant.

*James Jenkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: O'BRIEN, J. Not sitting: CHASE, J.